E-FILING

1 | JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney
2

3 | BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

4 | ROBERT N. MICHAELS (PABN 200918)
Special Assistant United States Attorney
5
Defense Language Institute – Criminal Law
6 | 1336 Plummer Street, Building 275
Monterey, CA  93944
7 | Telephone: (831) 242-4537

8 | Attorneys for Plaintiff

**Filed**

MAY 21 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SALINAS DIVISION

| UNITED STATES OF AMERICA, | ) CR 09-00005 RS |
|---|---|
| Plaintiff, | ) |
| vs. | ) MOTION AND [~~PROPOSED~~] ORDER TO DISMISS CASE CR 09-00005 RS |
| GLENN JEFFREY GROOME, | ) |
| Defendant. | ) |

1. The United States moves that the case against the above named defendant, CR 09-00005 RS, be dismissed.

2. The United States makes this motion in the interests of Justice.

JOSEPH P. RUSSONIELLO
United States Attorney

/s/ Robert N. Michaels

ROBERT N. MICHAELS
Special Assistant United States Attorney

MOTION AND [PROPOSED] ORDER          1
TO DISMISS CASE CR 09-00005 RS

## ORDER

Based on the government's motion and good cause appearing, IT IS HEREBY ORDERED that the matter of United States of America v. Glenn Jeffrey Groome, CR 09-00005 RS, is dismissed without prejudice.

Dated: May 20, 2009

RICHARD SEEBORG
United States Magistrate Judge